IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER

APR 18 2006

GREGORY C. LANGHAM
                    CLERK

CIVIL ACTION NO. 01-cv-00586-LTB-CBS

Ronn Wyman,
    Petitioner,

vs.

Colorado Attorney General, et al.,
    Defendant(s).

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 17th day of April, 06.

BY THE COURT:

_____
Lewis T. Babcock, Chief Judge

Re:   01-cv-00586-LTB-CBS

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record signed by Chief Judge, Lewis T. Babcock, was mailed to the following on __4/13/06__.

Denver District Court
City & County Building
1437 Bannock Street
Denver, Colorado 80294

By: _____
     Deputy Clerk